IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET BIANUCCI | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| RITE AID CORPORATION | : | No.: 2:24-cv-03356-HB |

ORDER

AND NOW, this 19th day of August 2024, it is hereby ORDERED that the application of Caitlin F. Saladrigas , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]   GRANTED.[1]

[ ]   DENIED.

/s/ Harvey Bartle III
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.