```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MARGARET BIANUCCI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RITE AID CORPORATION | : | NO. 24-3356 |

### ORDER

AND NOW, this 24th day of September, 2024, after a status conference with counsel, it is hereby ORDERED that:

(1) Defendant Rite Aid Corporation shall file on or before October 16, 2024 its motion to dismiss the consolidated class action complaint (Doc. # 21);

(2) Plaintiffs shall file on or before November 6, 2024 any brief in opposition to defendant's motion to dismiss;

(3) Defendant shall file any reply brief on or before November 20, 2024; and

(4) A telephone conference with the court is scheduled for Monday, November 25, 2024, at 1:30 p.m. ET. Call-in instructions shall be circulated separately.

BY THE COURT:


/s/  Harvey Bartle III
                              J.