IN THE UNITED STATES DISTRICT COURT
FOT THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET BIANUCCI, JIMMIE RAY HALE, JR., ANTONETTE HALL, KATHRYN EDWARDS, ERICA JUDKA, and FAITH SPIKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No. 2:24-cv-03356-HB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF INDIVIDUAL CLAIMS OF PLAINTIFF ANTONETTE HALL** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF INDIVIDUAL CLAIMS OF PLAINTIFF ANTONETTE HALL
<u>PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Antonette Hall, by and through her undersigned counsel, hereby voluntarily dismisses, without prejudice, her individual claims against Defendant Rite Aid Corporation in the above-captioned action, with each party to bear its own costs and fees. This notice does not affect the claims of the remaining Plaintiffs in the operative complaint, or the corresponding allegations on behalf of the putative class.

This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: October 17, 2024                    Respectfully submitted,

                                                       */s/ Andrew W. Ferich*
                                                      Andrew W. Ferich (PA Bar 313696)
                                                      **AHDOOT & WOLFSON, PC**
                                                      201 King of Prussia Road, Suite 650
                                                      Radnor, PA 19087
                                                      Telephone: (310) 474-9111

Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Thomas E. Loeser (admitted *pro hac vice*)
**COTCHETT PITRE & MCCARTHY LLP**
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone: (206) 802-1272
Facsimile: (650) 697-0577
tloeser@cpmlegal.com

Benjamin F. Johns (PA Bar 201373)
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
Facsimile: (856) 210-9088
bjohns@shublawyers.com

Ashley M. Crooks (admitted *pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, Fourteenth Floor
New York, NY 10004
Telephone: (646) 357-1100
acrooks@hausfeld.com

Kevin Laukaitis (*pro hac vice forthcoming*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce Dr Leon, Suite 205 #10518
San Juan, PR 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Classes*

## CERTIFICATE OF SERVICE

I certify that on October 17, 2024, I caused the foregoing Stipulated Notice of Voluntary Dismissal of Plaintiff Antonette Hall to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case.

*/s/ Andrew W. Ferich*
Andrew W. Ferich