```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MARGARET BIANUCCI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RITE AID CORPORATION | : | NO. 24-3356 |

### ORDER

AND NOW, this 8th day of May, 2025, based on the Suggestion of Bankruptcy for New Rite Aid, LLC and Certain of its Affiliates and Notice of Automatic Stay of Proceedings (Doc. #42), it is hereby ORDERED that:

(1) this action is STAYED pending further order of court; and

(2) the parties shall advise the court every ninety days as to the status of the bankruptcy proceeding.

BY THE COURT:

/s/  Harvey Bartle III
                                        J.