IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET BIANUCCI, KATHRYN EDWARDS, ERICA JUDKA, and FAITH SPIKER, *individually and on behalf of all others similarly situated*,<br><br>                 Plaintiffs,<br><br>   v.<br><br>RITE AID CORPORATION,<br><br>                 Defendant. | Lead Case No. 2:24-cv-03356-HB<br><br>CLASS ACTION |

**JOINT STATUS REPORT AND MOTION TO LIFT THE STAY**

The parties write to provide the Court with an update on recent developments in this matter and move the Court to lift the order staying this proceeding (ECF No. 44) ("Stay Order").

***First,*** on June 10, the United States Bankruptcy Court for the District of New Jersey granted Plaintiffs' motion in Rite Aid's bankruptcy action seeking relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1).[1] Plaintiffs' motion sought to permit the final class action settlement approval process to continue to conclusion in this Court. The order granting the motion ("Order") permits just that: it granted relief from the automatic stay to allow the parties to consummate the Settlement in this litigation through final approval, provided that the Settlement is "funded solely by Rite Aid's applicable insurance carrier." A copy of the Order is attached hereto as **Exhibit A** and has been published to the Settlement Website. Accordingly, the parties request that this Court lift the Stay Order so that they may move forward with final settlement approval.

---

[1] *In re New Rite Aid LLC, et al.*, Ch. 11 Case No. 25-14861 (MBK) (Bankr. D.N.J. May 5, 2025), ECF No. 796.

-2-

***Second,*** as we previously noted to the Court in our May 23, 2025 report (ECF No. 45), Plaintiffs published their motion for attorneys' fees, expenses, and service awards ("Fee Motion") on the Settlement Website by the May 23, 2025 deadline for filing that motion, but Plaintiffs did not actually file the Fee Motion on the docket in this matter because of the Stay Order. In taking this step, notice of the Fee Motion was provided to the Settlement Class, and Class Members had adequate time to consider whether to request exclusion from or object to the Settlement. Once this Court lifts the Stay Order, Plaintiffs will promptly file the Fee Motion on the docket in this action.

***Third,*** the parties and Settlement Administrator worked diligently to meet all other settlement administration deadlines and milestones despite the pendency of the bankruptcy and entry of Stay Order in this case. The parties' intention was to expeditiously disentangle the Settlement from the bankruptcy proceedings and keep the Settlement on track for the benefit of the Settlement Class. The parties' efforts succeeded, and if the Court is inclined to lift the Stay Order, Plaintiffs are prepared to file the motion for final settlement approval by or before the June 20, 2025 deadline for that motion. If the Court's calendar still permits, it is also the parties' intention to proceed with the July 17, 2025 final approval hearing.

The parties are available to convene at the Court's convenience to discuss these matters.

Dated: June 11, 2025                                    Respectfully submitted,

*/s/ Mark S. Melodia*                                   */s/ Andrew W. Ferich*
Mark S. Melodia (PA Bar No. 53515)                      Andrew W. Ferich (PA I.D. 313696)
Mark H. Francis (*Pro Hac Vice*)                        **AHDOOT & WOLFSON, PC**
**HOLLAND & KNIGHT LLP**                                201 King of Prussia Road, Suite 650
787 7th Ave 31st Floor                                  Radnor, PA 19087
New York, NY 10019                                      Telephone: (310) 474-9111
Ph: (212) 513-3200                                      aferich@andootwolfson.com
Fax: (215) 385-9010
Email: mark.melodia@hklaw.com                           Benjamin F. Johns (PA I.D. 201373)
Email: mark.francis@hklaw.com                           **SHUB JOHNS & HOLBROOK LLP**
                                                        Four Tower Bridge

-2-

Benjamin R. Wilson, (PA Bar No. 327118)
**HOLLAND & KNIGHT LLP**
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Ph: (215) 252-9600
Fax: (215) 867-6070
Email: benjamin.wilson@hklaw.com

Caitlin F. Saladrigas, Esq. (*Pro Hac Vice*)
**HOLLAND & KNIGHT LLP**
777 S. Flagler Drive, Suite 1900
West Tower
West Palm Beach, FL 33401
Ph: (561) 833-2000
Fax: (561) 650-8399
Email: caitlin.saladrigas@hklaw.com

*Attorneys for Defendant Rite Aid Corporation*

200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
bjohns@shublawyers.com

Thomas E. Loeser (*Pro Hac Vice*)
**COTCHETT PITRE & MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 970-8181
tloeser@cpmlegal.com

Ashley M. Crooks (*Pro Hac Vice*)
**HAUSFELD LLP**
33 Whitehall Street, Fourteenth Floor
New York, NY 10004
Telephone: (646) 357-1100
acrooks@hausfeld.com

Kevin Laukaitis (PA I.D. 321670)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon, Suite 205
#10518
San Juan, PR 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com

*Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2025, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

                                           */s/ Andrew W. Ferich*
                                           Andrew W. Ferich