IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET BIANUCCI, KATHRYN EDWARDS, ERICA JUDKA, and FAITH SPIKER, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　　Defendant. | Lead Case No. 2:24-cv-03356-HB<br><br>CLASS ACTION |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,
LITIGATION COSTS AND EXPENSES, AND SERVICE AWARDS**

Andrew W. Ferich (PA I.D. No. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
aferich@andootwolfson.com

Benjamin F. Johns (PA I.D. No. 201373)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
bjohns@shublawyers.com

*Interim Co-Lead Class Counsel*
*(Additional Counsel Appear on Signature Page)*

- 2 -

Pursuant to the Court's order granting preliminary approval of the proposed Settlement Agreement ("Settlement Agreement" or "SA"), Plaintiffs respectfully seek an Order approving Rite Aid Corporation's agreed-upon payment of $6,800,000 to be allocated as follows: (i) $2,380,000.00 for Class Counsel's attorneys' fees; (ii) $40,697.43 for Class Counsel's litigation costs and expenses; and (iii) $3,500 Service Awards for each of the four Class Representatives ($14,000 total).

This motion is based on this notice, the accompanying Memorandum of Law, the Joint Declaration of Andrew W. Ferich, Benjamin F. Johns, Kevin Laukaitis, Thomas E. Loeser, and Ashley M. Crooks and all other documents and arguments submitted in support thereof.

A proposed order addressing the relief requested in this motion will be submitted with the motion for final approval of class action settlement.

Dated: June 13, 2025                    Respectfully submitted,

*[signature]*

Benjamin F. Johns (PA Bar No. 201373)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
bjohns@shublawyers.com

Andrew W. Ferich (PA Bar No. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
aferich@andootwolfson.com

Thomas E. Loeser (admitted *pro hac vice*)
**COTCHETT PITRE & MCCARTHY LLP**
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone: (206) 802-1272
Facsimile: (650) 697-0577
tloeser@cpmlegal.com

Ashley M. Crooks (admitted *pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, Fourteenth Floor
New York, NY 10004
Telephone: (646) 357-1100
acrooks@hausfeld.com

Kevin Laukaitis (PA I.D. 321670)
**LAUKAITIS LAW LLC**
954 Avenida Ponce Dr Leon, Suite 205 #10518
San Juan, PR 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com

*Interim Co-Lead Class Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June 2025, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

_____
Benjamin F. Johns