IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET BIANUCCI, KATHRYN EDWARDS, ERICA JUDKA, and FAITH SPIKER, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　Defendant. | Lead Case No. 2:24-cv-03356-HB<br><br>CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

　　Plaintiffs respectfully move the Court pursuant to Federal Rule of Civil Procedure 23(e) for an Order granting final approval of the proposed Settlement in this matter and entering final judgment. Plaintiffs are concurrently submitting a memorandum of law that addresses the final approval factors, a supporting declaration from the Settlement Administrator, and a proposed Final Approval Order and Final Judgment.

Dated: June 20, 2025

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　<u>/s/ Andrew W. Ferich　　　　　</u>
　　　　　　　　　　　　　　　　　　Andrew W. Ferich (PA I.D. # 313696)
　　　　　　　　　　　　　　　　　　**AHDOOT & WOLFSON, PC**
　　　　　　　　　　　　　　　　　　201 King of Prussia Road, Suite 650
　　　　　　　　　　　　　　　　　　Radnor, PA 19087
　　　　　　　　　　　　　　　　　　Telephone: (310) 474-9111
　　　　　　　　　　　　　　　　　　aferich@andootwolfson.com

　　　　　　　　　　　　　　　　　　Benjamin F. Johns (PA I.D. # 201373)
　　　　　　　　　　　　　　　　　　**SHUB JOHNS & HOLBROOK LLP**
　　　　　　　　　　　　　　　　　　Four Tower Bridge
　　　　　　　　　　　　　　　　　　200 Barr Harbor Drive, Suite 400
　　　　　　　　　　　　　　　　　　Conshohocken, PA 19428
　　　　　　　　　　　　　　　　　　Telephone: (610) 477-8380
　　　　　　　　　　　　　　　　　　bjohns@shublawyers.com

Thomas E. Loeser (admitted *pro hac vice*)
**COTCHETT PITRE & MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 970-8181
tloeser@cpmlegal.com

Ashley M. Crooks (admitted *pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, Fourteenth Floor
New York, NY 10004
Telephone: (646) 357-1100
acrooks@hausfeld.com

Kevin Laukaitis (PA I.D. 321670)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon, Suite 205 #10518
San Juan, PR 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com

*Interim Co-Lead Class Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 20th day of June, 2025, a true and correct copy of the above and foregoing was filed with the Clerk of the Court via the Court's CM/ECF system for electronic service on all counsel of record.

                                          */s/ Andrew W. Ferich*
                                          Andrew W. Ferich (PA I.D. # 313696)