

July 17, 2025

**<u>Via E-Mail</u>**
The Honorable Harvey Bartle III
United States District Court
Eastern District of Pennsylvania
601 Market Street, Courtroom 16-A
Philadelphia, PA 19106
Chambers_of_Judge_Harvey_Bartle@paed.uscourts.gov

    **Re:**    *Bianucci, et al. v. Rite Aid Corp.*, No. 24-cv-03356 (E.D. Pa.)
           <u>Letter Concerning Potential Additional Settlement Administration Costs</u>

Dear Judge Bartle:

The Parties are grateful to the Court for its consideration and discussion of the Settlement at today's Final Approval Hearing in this matter. Following the hearing, the Parties conferred with each other and the Settlement Administrator (Kroll) about the expected remaining settlement administration costs to administer this Settlement.

Kroll informs that its costs to date are $1,008,079.11. Provided that there are no significant changes to the scope of work, Kroll's total costs—including all work through the initial distribution—will not exceed $1,233,500.

If an additional distribution of settlement benefits to participating Class Members is needed pursuant to Section 3.9 of the Settlement Agreement, Kroll's total costs including all work through the second distribution would not exceed $1,300,000.

Should any further distributions become necessary, Kroll will consult with the Parties regarding the value to the class of further distributions in light of potential additional distribution costs prior to any such distribution.

The Parties are submitting an updated Final Approval Order for the Court's consideration in accordance with the foregoing. Should the Court have any questions, we are available to discuss this matter.

                                            Respectfully submitted,

                                            AHDOOT & WOLFSON, PC

                                            Andrew Ferich